No. 73–223. S. E. NICHOLS SHILLINGTON CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 73–239. SMITH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 73–243. TRAP ROCK INDUSTRIES, INC. *v.* KOHL, COMMISSIONER OF TRANSPORTATION. Sup. Ct. N. J. Certiorari denied.

No. 73–246. MAKENS ET AL. *v.* FAIRFIELD PRODUCTS, INC. C. A. 8th Cir. Certiorari denied.

No. 73–281. BARON *v.* BARON. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–5001. MEDLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5003. BYRD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5006. JACOBS *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 73–5008. FRANCISCO *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–5010. McGRATH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5014. BIRCH *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.